UNITED STATES of America,
Plaintiff—Appellee,

v.

Arkete DAVIS, Defendant—Appellant.

No. 04–10330.

D.C. No. CR–03–00298–RCJ/PAL.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

William R. Reed, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Jason F. Carr, Federal Public Defender's Office, Las Vegas, NV, for Defendant–Appellant.

Before NELSON, T.G., WARDLAW, and TALLMAN, Circuit Judges.

MEMORANDUM**

Arkete Davis appeals the 90–month sentence imposed following his jury trial conviction for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 18 U.S.C. § 3742(a).

We remand the sentence for further proceedings consistent with *United States*

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

*v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

courts of this circuit except as provided by 9th Cir. R. 36–3.

